# Third District Court of Appeal

**State of Florida**

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2405
Lower Tribunal No. 10-61928
_____

**Mack Wells,**
Appellant,

vs.

**U.S. Bank, National Association, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Veronica A. Diaz, Judge.

Mack Wells, in proper person.

Blank Rome, LLP, Daniel S. Hurtes, and Nicole R. Topper (Ft. Lauderdale), for appellee.

Before FERNANDEZ, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.